Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PRINTEX INDUSTRIES, INC.<br><br>Plaintiff<br><br>v.<br><br>BODY SHOP OF AMERICA, INC.; *et al.*<br><br>Defendants. | Case No.: CV12-3050 JGB (FFMx)<br><u>Honorable Jesus G. Bernal Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

Having reviewed the stipulation of the parties to dismiss this action and finding good cause thereon,

IS HEREBY ORDERED that:

1. This action is dismissed with prejudice;
2. This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION

3. The parties to this stipulation will each bear their own costs as incurred against one another in this action.

SO ORDERED.

Date: August 23, 2013          By: _____

HONORABLE JESUS G. BERNAL
U.S. DISTRICT COURT

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION